UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS L. SPAGNOLA, JAMES MIYASATO, JOSE TORRES, ANDREW BRYANT, JAMES DURKIN, FRANCISCO MALDONADO, and VAUGHN PATTERSON, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF PATERSON, MAYOR JOSE TORRES, Individually and as Mayor of the City of Paterson, POLICE CHIEF JAMES WITTIG, Individually and as Chief of the City of Paterson Police Department, and POLICE DIRECTOR MICHAEL WALKER, Individually and as Director of the City of Paterson Police Department, <br><br>Defendants. | Civil Action No. 07-1813 (PGS) <br><br>Honorable Esther Salas <br><br>**CASE MANAGEMENT ORDER** |

THIS MATTER having been opened to the Court by way of a telephone conference on October 6, 2008, with Mark B. Frost, Esq. of Frost & Zeff, attorneys for plaintiffs, Dominic Carmagnola, Esq. and Sean Joyce, Esq. of Carmagnola & Ritardi, LLC, attorneys for defendant

Police Director Michael Walker, Joe Morris, Esq. of McElroy Deutsch Mulvaney & Carpenter LLP, attorneys for defendant Police Chief James Wittig and Gary Potters, Esq. and Michele L. DeLuca, Esq. of Potters & Della Pietra LLP, attorneys for defendants City of Paterson and Mayor Jose Torres, and the Court having conferenced the matter with counsel, and for good cause having been shown:

IT IS on this 14th day of October, 2008:

ORDERED, that no later than November 6, 2008, plaintiffs shall amend their written discovery responses to include specific factual allegations as against defendant Mayor Jose Torres and to identify all proposed fact witnesses plaintiffs intend to rely upon in prosecuting their claims against Mayor Torres;

ORDERED, that the parties shall conduct the depositions of defendants Police Chief James Wittig and Police Director Michael Walker no later than November 14, 2008;

ORDERED, that a telephone status conference shall take place before the Honorable Esther Salas on November 17, 2008, at 12:00 p.m. The conference call shall be initiated by counsel for defendants City of Paterson and Mayor Jose Torres. The purpose of the conference call is to: (1) confirm that plaintiffs amended their written discovery responses, (2) confirm that the depositions of Chief Wittig and Director Walker have been conducted and (3) further address defense counsels' requests to proceed with dispositive motions; and it is further

ORDERED, that failure to comply with the terms of this Order or any subsequent Orders entered by this Court may result in sanctions.

HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE

2