## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 645-2580

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

CLARKSON S. FISHER BUILDING
AND COURTHOUSE
402 EAST STATE STREET
TRENTON, NEW JERSEY 08608

TO:       Garrett E. Brown, Jr., U.S.D.J

cc:       All Counsel of Record

FROM:     Peter G. Sheridan, U.S.D.J

DATE:     September 30, 2009

RE:       Spagnola v. City of Paterson
          07-1813 (PGS)

---

    I request to recuse myself from the above case to avoid the appearance of an impropriety. Kindly reassign same. Thank you.